# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CLEONE HEMINGWAY AND RANDE HEMINGWAY, | Civil No. 13-3379 (JRT/JJG) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

_____

Cameron D Davis, **HOVERSTEN, JOHNSON, BECKMAN & HOVEY, LLP,** 807 West Oakland Avenue, Austin, MN 55912 for plaintiffs,

Daniel W Berglund, **GROTEFELD HOFFMANN,** 150 South Fifth Street, Suite 3650, Minneapolis, MN 554022, for defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Defendant First National Insurance Company of America's Motion to Dismiss (ECF No. 6) is **DENIED AS MOOT**. *(if Plaintiffs timely file an amended complaint)*

*or, in the alternative,*

2. Defendant First National Insurance Company of America's Motion to Dismiss (ECF No. 6) is **GRANTED**. *(if Plaintiffs do not timely file an amended complaint)*

Dated: April 3, 2014                                  s/John R. Tunheim
                                                                  JOHN R. TUNHEIM
                                                                  United States District Judge