# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CLEONE HEMINGWAY and RANDE HEMINGWAY,

        Plaintiff,

v.

FIRST NATIONAL INSURANCE COMPANY OF AMERICA,

        Defendant.

Civil No. 13-3379 (JRT/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

Cameron D Davis, **HOVERSTEN, JOHNSON, BECKMAN & HOVEY, LLP,** 807 West Oakland Avenue, Austin, MN 55912, for plaintiffs,

Daniel W Berglund, **GROTEFELD HOFFMANN,** 150 South Fifth Street, Suite 3650, Minneapolis, MN 55402, for defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. Defendant First National Insurance Company of America's Motion to Dismiss [Docket No. 24] is **DENIED.**

Dated: June 24, 2014        s/John R. Tunheim
                                        JOHN R. TUNHEIM
                                        United States District Judge